[No. 22803-3-II.    Division Two.    April 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY W. GIRTON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00435-1, David R. Draper, J., entered December 12, 1997. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 22893-9-II.    Division Two.    April 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SINXAY KEOSISANO, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-1-01030-4, Frederick B. Hayes, J., entered February 5, 1998. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Seinfeld, J.

[No. 22996-0-II.    Division Two.    April 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY L. LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 97-1-00130-5, David E. Foscue, J., entered February 12, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Morgan, J.

[Nos. 23023-2-II; 23033-0-II.    Division Two.    April 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY B. FRANKS, *Appellant*.

Appeals from judgments of the Superior Court for Thurston County, Nos. 97-1-02089-5, 97-1-01231-1, Christine A. Pomeroy, J., entered February 27, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Seinfeld, J.